# EXHIBIT A

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| MICHAEL COX, | * |
| *Plaintiff*, | * |
| vs. | *   CASE NO. CV-2016-244 |
| | * |
| AIRGAS, INC., | * |
| DEFENDANT "A", DEFENDANT "B", | |
| DEFENDANT "C", DEFENDANT "D", | * |
| DEFENDANT "E", ET AL. | |
| *Defendants*. | * |

### COMPLAINT

**COMES NOW** the Plaintiff, **MICHAEL COX**, by and through counsel, Michael Wing, and makes the following Complaint for Workers' Compensation Benefits:

### I. PARTIES

1. The Plaintiff, **MICHAEL COX**, is an adult resident of Mobile County, Alabama.

2. The Defendant, **AIRGAS, INC.**, is believed to be a corporation doing business in Mobile County, Alabama.

### II. COUNT ONE

3. On or about November of 2005, the Defendant, **AIRGAS, INC.** employed Plaintiff, under the direct supervision of Ken Barnett.

4. On or about May 5, 2015, while working within the line and scope of his employment, Plaintiff was caused to be injured while working when plaintiff was struck in the back of the head causing permanent injury.

5. At the time of said accident, Plaintiff had an average weekly earnings of

$600.00 before taxes, plus overtime and fringe benefits.

6. The Defendant had timely and actual notice of said accident within the time specified by the Workers' Compensation Act of the State of Alabama.

7. As a proximate result of said accident, Plaintiff suffered a temporary disability to the body as a whole.

8. Subsequent to said injuries, Plaintiff was caused to obtain medical treatment, experienced a period of disability, which was followed by a permanent total disability of his person.

9. The Defendant has failed further to pay any other disability benefits to which the Plaintiff is entitled.

WHEREFORE, the Plaintiff demands judgment against the Defendant for compensatory and medical expenses to which the Plaintiff is entitled under the Workers' Compensation Law of the State of Alabama.

Respectfully Submitted,

*[signature]*
MICHAEL COX

*[signature]*
MICHAEL A. WING -WIN025
401 Church St.
Mobile, Alabama 36602
(251) 433-7468 Fax (251) 432-3736
graywing@michaelwing.com

*Defendant May Be Served At:*

*AIRGAS, INC.*
*5480 Hamilton Blvd.*
*Theodore, AL 36582*